# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. GLADSTONE, an individual, and LONGEVITI HEALTH, LLC, a Florida limited liability company,<br><br>　　　　　　　　Plaintiffs.<br>　　v.<br><br>MATTHEW A. JACOBSON, an individual, and SIGNATURE MD, INC., a California corporation,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-00775-DSF-ADS<br><br>**ORDER DISMISSING WITHOUT PREJUDICE:**<br><br>**1. Claim No. 4 for Violation of Section 2 of the Sherman Antitrust Act;**<br><br>**2. The Fraudulent Prong Portion (Only) of Claim No. 3 for Violations of California's Unfair Competition Law ("UCL")** |

　　　IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, the Court dismisses without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2), **only** the following:

　　1.　Claim No. 4 for Violation of Section 2 of the Sherman Antitrust Act;

　　2.　The Fraudulent Prong Portion (Only) of Claim No. 3 for Violations of California's Unfair Competition Law ("UCL").

Dated: April 28, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　The Honorable Dale S. Fischer
　　　　　　　　　　　　　　　United States District Judge

1