Paul A. Grammatico (SBN 246380)
pgrammatico@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, California 90071
Telephone: (213) 493-3988
Facsimile: (404) 400-7333

*Counsel for Plaintiffs Daniel S. Gladstone
and Longeviti Health, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL S. GLADSTONE, an individual, and LONGEVITI HEALTH, LLC, a Florida limited liability company,<br><br>Plaintiffs.<br><br>v.<br><br>MATTHEW A. JACOBSON, an individual, and SIGNATURE MD, INC., a California corporation,<br><br>Defendants. | Case No. 2:22-cv-00775<br><br>Hon. Dale S. Fischer<br>Magistrate Judge Autumn D. Spaeth<br><br>**STIPULATION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

It is hereby stipulated and agreed by and between Plaintiffs, Daniel Gladstone and Longeviti Health, LLC, and Defendants, Matthew Jacobson and SignatureMD, Inc., that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Court dismiss this entire action with prejudice.

DATED: July 22, 2022                **KABAT CHAPMAN & OZMER LLP**

By: ___*s/ Paul Grammatico*___
Paul A. Grammatico

Attorneys for Plaintiffs,
Daniel S. Gladstone and Longeviti Health, LLC

DATED: July 22, 2022                **ELLIS GEORGE CIPOLLONE O'BRIEN ANNAGUEY LLP**

By: ___*s/ Jason Y. Kelly*___
Jason Y. Kelly

Attorneys for Defendants, Matthew A. Jacobson and SignatureMD, Inc.

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Paul A. Grammatico, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s Paul A. Grammatico*
Paul A. Grammatico